```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RONALD A. CLEARFIELD          :     CIVIL ACTION
& ASSOCIATES                  :
                              :
     v.                       :
                              :
SENTRY SELECT INSURANCE CO.   :     NO. 11-6263
```

ORDER

AND NOW, this 21st day of September, 2012, whereas there has been no action on this case since its removal on October 5, 2011; and whereas the Court's Order of August 24, 2012 (Docket No. 4) required the plaintiff to state how it would like to proceed on or before September 7, 2012, and advised the plaintiff that if they did not respond, this case would be dismissed for failure to prosecute; and whereas the plaintiff has not filed any document in response to that order, IT IS HEREBY ORDERED that the case is dismissed without prejudice.


                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.